**UNITED STATES of America,
Plaintiff–Appellee,**

v.

**Amanda Yvonne WHITE, Defendant–
Appellant.**

No. 10–14811
Non–Argument Calendar.

United States Court of Appeals,
Eleventh Circuit.

May 10, 2011.

Robert G. Davies, Lennard B. Register, III, U.S. Attorney's Office, Pensacola, FL, Thomas F. Kirwin, U.S. Attorney's Office, Tallahassee, FL, Brett Meltzer, Francis Todd Williams, U.S. Attorney's Office, Gainesville, FL, for Plaintiff–Appellee.

Randolph P. Murrell, Gwendolyn L. Spivey, Federal Public Defender's Office, Tallahassee, FL, for Defendant–Appellant.

Before WILSON, MARTIN and BLACK, Circuit Judges.

PER CURIAM:

Gwendolyn Spivey, appointed counsel for Amanda White, in this direct criminal appeal, has filed a motion to withdraw from further representation of the appellant, because counsel believes that the appeal is without merit. Counsel has filed a brief pursuant to *Anders v. California,* 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967).

Our independent review of the record reveals that counsel's assessment of the relative merit of the appeal is correct. Because independent examination of the entire record reveals no arguably meritorious issues of merit, counsel's motion to withdraw is **GRANTED,** and White's conviction and sentence are **AFFIRMED.**